

# NUMBER 13-18-00675-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.D.S. AND B.L.S., CHILDREN

### On appeal from the 347th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION
### Before Justices Benavides, Longoria, and Hinojosa
### Memorandum Opinion by Justice Benavides

Appellant Derek D. Smith, proceeding pro se, attempted to perfect an appeal from trial court proceedings pertaining to child support in cause number 05-01818-00-0-H in the 347th District Court of Nueces County, Texas. We dismiss the appeal for lack of jurisdiction.

Generally, appellate courts have jurisdiction only over appeals from final judgments. *See City of Watauga v. Gordon*, 434 S.W.3d 586, 588 (Tex. 2014); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Further, appellate courts have jurisdiction to consider appeals of interlocutory orders only if a statute explicitly provides

for such an appeal. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007); *see City of Watauga*, 434 S.W.3d at 588.

The record before the Court fails to contain a final judgment or an interlocutory order that is subject to appeal by statute. Accordingly, on December 17, 2018, the Clerk of this court notified appellant by certified mail that it appeared that there was no final, appealable order so that steps could be taken to correct this defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3(a). Appellant was advised that the appeal would be dismissed if the defect was not corrected within ten days from the date of receipt of this notice. This correspondence was returned to the Court as unclaimed.

On January 9, 2018, the Court notified appellant by first-class mail and certified mail that it appeared that there was no final, appealable order so that steps could be taken to correct this defect, if it could be done. *See id.* R. 37.1, 42.3(a). Appellant was advised that the appeal would be dismissed if the defect was not corrected within ten days from the date of receipt of this notice. The certified mail was returned to this Court unclaimed, and appellant failed to respond to the Court's notice sent by first-class mail.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is dismissed for want of jurisdiction. *See id.* R. 37.1, 42.3(a),(c).

GINA M. BENAVIDES,
Justice

Delivered and filed the
28th day of February, 2019.

2